UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

WAYNE A. EAUSLIN,

    Petitioner,

v.                                               Case No. 18-C-408

ROBERT HUMPHREYS,

    Respondent.

---

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PETITION

---

Petitioner Wayne A. Eauslin filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 9, 2018, Magistrate Judge David E. Jones screened the petition and filed a Report and Recommendation. In that Report and Recommendation, the Magistrate Judge recommends that the petition be dismissed. Eauslin has not filed an objection to the recommendation. After careful consideration of the Report and Recommendation as well as the record as a whole, the court adopts the Report and Recommendation of the Magistrate Judge and orders the petition dismissed. A Certificate of Appealability is denied for the reasons recommended. The Clerk is directed to enter judgment forthwith.

**SO ORDERED** this  31st  day of May, 2018.

                                            s/ William C. Griesbach
                                            William C. Griesbach, Chief Judge
                                            United States District Court